# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SUMMER HAYWOOD,**

       **Plaintiff,**

v.                                                                        Case No: 6:22-cv-584-PGB-RMN

**FLORIDA BEVERAGE CORPORATION,**

       **Defendant.**

_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion to Approve Fair Labor Standards Act Settlement Agreement, filed February 15, 2023. (Doc. 16 (the "**Motion**")). Magistrate Judge Robert M. Norway submitted a Report recommending that the Motion be granted. (Doc. 21). The parties have filed a joint notice of non-objection (Doc. 22), making this matter ripe to be ruled upon.

Accordingly, after an independent *de novo* review of the record in this matter, and noting that no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation filed April 4, 2023 (Doc. 21), is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The parties' Motion (Doc. 16) is **GRANTED**;

3. The Court **FINDS** that the settlement is fair and reasonable under the Fair Labor Standards Act;

4. The case is **DISMISSED WITH PREJUDICE**; and

5. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 5, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties